

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,546-01

### EX PARTE ANTHONY DAVID LEE LEONING, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W-28384-C-1 IN THE 251ST DISTRICT COURT FROM RANDALL COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of aggravated robbery and sentenced to sixty years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Leoning v. State*, No. 07-18-00213-CR (Tex. App.—Amarillo, Dec. 2, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This Court denied this application without written order on May 5, 2021. The Court has since received a supplemental record wherein Applicant alleges that this application was filed without his permission and includes a forged signature. We now withdraw our order of May 5, 2021, and reconsider the application on our own motion. TEX. R. APP. P. 79.2(d).

We remand this application to the 251st District Court of Randall County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order the National Post-Conviction Project to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether the application was filed without Applicant's permission and whether Applicant's signature was forged on the application. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claim.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: July 28, 2021
Do not publish